# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABULGHASEN AHMADPOUR,       )     Case No. CV 10-2342-DMG (JEM)

          Petitioner,     )

          v.     )     **J U D G M E N T**

RANDY GROUNDS, Warden,     )

          Respondent.     )

_____ )

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  January 3, 2013

                   _____

                          DOLLY M. GEE
                  UNITED STATES DISTRICT JUDGE